**Order filed March 13, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-11-00519-CV

_____

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS AND STATE FARM LLOYDS, Appellant**

**V.**

**ROYA BADAVI, Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-28043**

## ORDER

The reporter's record in this case was originally due **July 12, 2011**. *See* Tex. R. App. P. 35.1. On February 2, 2012, we ordered **Michelle Tucker** to file the record in this appeal on or before February 22, 2012. On February 29, 2012, fourteen of sixteen volumes of the reporter's record were filed. On March 1, 2012, volume 15 was filed. As of this date, **Michelle** Tucker has not filed volume 16 of the reporter's record.

We order **Michelle Tucker** to file volume volume 16 of the reporter's record in this appeal **on or before April 2, 2012.**

PER CURIAM